# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Anita Cochran,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV17-04042-PHX DGC<br><br>**ORDER** |
| Andrea Collins,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV17-03593-PHX DGC<br><br>**ORDER** |
| Linda Compton,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV17-02131-PHX DGC<br><br>**ORDER** |
| Robert Confer,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV17-04678-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Danielle Conyers,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-03793-PHX DGC<br><br>**ORDER** |
| Joseph Coon,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-02798-PHX DGC<br><br>**ORDER** |
| Melvin Cotten,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-03121-PHX DGC<br><br>**ORDER** |
| Elvin Davis,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-01858-PHX DGC<br><br>**ORDER** |
| Annette Davis,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-03986-PHX DGC<br><br>**ORDER** |
| Debra Day,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-00872-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Anthony Deanda,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV17-04254-PHX DGC<br><br>**ORDER** |
| Karen DeVries,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV17-04255-PHX DGC<br><br>**ORDER** |
| David Dieckow,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV18-03267-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21020.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 21020) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 7th day of January, 2020.

*David G. Campbell*

David G. Campbell
Senior United States District Judge